UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAMELA CALVERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV450 CDP |
| ) | |
| WALLACE LEOPOLD, SR., et al., ) | |
| ) | |
| Defendants. ) | |

# MEMORANDUM AND ORDER

This matter is before me on the motion for summary judgment filed by defendants Chris Goodson, JoAnn Freeman Morrow, Julius Hunter, Vincent Bommarito, and Mayor Francis Slay, who are members of the St. Louis Board of Police Commissioners. In her § 1983 claim brought against the Board, plaintiff alleges that she was arrested without probable cause by defendant Wallace Leopold, Sr., a police officer with the St. Louis Metropolitan Police Department, in violation of her fourth and fourteenth amendment rights. Plaintiff further alleges that the Board is liable for Leopold's allegedly unconstitutional actions because it failed to properly hire, train, and supervise Leopold.

In their motion for summary judgment, the Board members argue that they are entitled to judgment as a matter of law because plaintiff has made no allegations or offered any evidence of a continuing, widespread pattern of

unconstitutional misconduct, which is necessary to maintain her claim against them.  See Ware v. Jackson County, Missouri, 150 F.3d 873, 880 (8th Cir. 1998). In response to the motion for summary judgment, plaintiff confesses judgment.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for summary judgment filed by defendants Chris Goodson, JoAnn Freeman Morrow, Julius Hunter, Vincent Bommarito, and Mayor Francis Slay [#13] is granted, and plaintiffs' claims against them are dismissed with prejudice.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE


Dated this 8th day of January, 2009.