# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

PAMELA CALVERT,

    Plaintiff,

        v.            CASE NUMBER:    4:08CV00450 CDP

WALLACE LEOPOLD, JR.,

    Defendant.

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff recover nothing, the action be dismissed on the merits, and the defendant, Wallace Leopold, Jr., recover costs from the plaintiff Pamela Calvert.

James G. Woodward
CLERK

April 13, 2009
DATE

By: /s/Ronald J. Douglas
DEPUTY CLERK